FILED
NOVEMBER 9, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EVA SARKEES, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. |
| | ) | |
| v. | ) | |
| | ) | **07 C 6370** |
| KBR, INC. f/k/a KELLOG BROWN & ROOT SERVICES, INC.; and HALLIBURTON COMPANY | ) ) ) ) | **JUDGE LEFKOW** **MAGISTRATE JUDGE DENLOW** |
| | ) | |
| Defendant. | ) | |

### NOTICE OF REMOVAL

To:   United States District Court for the Northern District of Illinois:

Pursuant to 28 U.S.C. §§ 1332 and 1441, Defendant Halliburton Company ("Halliburton"), by and through its undersigned counsel, gives notice of the removal of this action from the Circuit Court of Cook County, to the United States District Court, Northern District of Illinois. Halliburton alleges as follows:

1. This action was commenced in the Circuit Court of Cook County on October 5, 2007. A copy of the Complaint is attached hereto as Exhibit A. A copy of the Summons is attached as Exhibit B.

### Plaintiff's Claims

2. In this case, Plaintiff alleges that she was injured in an automobile accident on or around October 6, 2005. (Complaint ¶ 22). At the time of the incident, Plaintiff was working as a contractor on an American military base in Northern Tikrit, Iraq. (Complaint ¶ 20). Plaintiff alleges she was a pedestrian on the military base and was

1

struck by motor vehicle owned, leased or otherwise controlled by Halliburton. (Complaint ¶ 22).

3. Plaintiff claims to have sustained severe and permanent injuries, internally and externally and suffered great pain and anguish. Plaintiff also claims she has expended and plans to expend large sums of money for medical care and services because of these injuries. (Complaint ¶ 30).

4. This Notice of Removal is filed subject to and with full reservation of rights by Halliburton, including but not limited to defenses and objections to venue, improper service of process, and personal jurisdiction. No admission of fact, law, or liability is intended by this Notice of Removal, and all defenses, motions, and pleas are expressly reserved.

5. This action is a civil one of which the United States District Courts have original diversity jurisdiction under 28 U.S.C. § 1332, because: (1) there is complete diversity jurisdiction between Plaintiff and Defendants; and (2) it is clear that the matter in controversy exceeds the sum of $75,000, exclusive of interests and costs.

Parties

6. Plaintiff alleges she is a citizen of Illinois. (Complaint ¶ 16).

7. For purposes of diversity jurisdiction pursuant to 28 U.S.C. § 1332(c)(1), a corporation is deemed to be a citizen of its state of incorporation and of the state where it has its principal place of business.

8. Halliburton is a corporation organized under the laws of the State of Delaware with its principal place of business in the State of Texas.

9. Defendant KBR, Inc. f/k/a Kellogg Brown & Root Services, Inc, ("KBR") is a corporation organized under the laws of the State of Delaware, with its principal place of business in the State of Texas.

10. Defendant KBR has not yet been served. The consent of defendants that have not yet been served is not required. 28 U.S.C. § 1441(b).

## Amount in Controversy

11. Plaintiff seeks damages for injuries she has already suffered as well as future damages. Plaintiff also requests "costs of suit." Plaintiff's counsel has stated that the damages sought exceed $75,000, exclusive of interest and costs.

12. This Notice of Removal is timely pursuant to 28 USC § 1446(b), in that the Complaint in this action was first served on Halliburton on October 11, 2007. Hence, this Notice of Removal is being filed within thirty (30) days of the first date on which Halliburton was served with a copy of the Complaint.

13. Pursuant to 28 U.S.C. § 1446(d), all adverse parties are being provided with written notice of removal, and a copy of this Notice of Removal will be filed with the Clerk of the Circuit Court of Cook County.

14. The Summons and Complaint constitute all process and pleadings in the state court action.

WHEREFORE, Defendant, HALLIBURTON COMPANY, prays that this cause be removed to the United States District Court for the Northern District of Illinois, Eastern Division.

Respectfully submitted,

HALLIBURTON COMPANY

By: /s/ *Fred E. Schulz*
    Fred E. Schulz

Fred E. Schulz (#2516500)
Sarah L. Olson (#6193316)
Andrea L. Caron (#6289181)
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive – Suite 2800
Chicago, Illinois 60606-1229
312/201-2000
312/201-2555 (facsimile)

## CERTIFICATE OF SERVICE

I, Andrea L. Caron, hereby certify that on November 9, 2007, a true and correct copy of the above to be electronically filed with the Clerk of Court and served using the CM/ECF system and a true and correct copy was served on the parties listed below via U.S. Mail.

David L. Goldberg
RUBIN, MACHADO & ROSENBLUM, LTD.
120 W. Madison St., Suite 400
Chicago, Illinois 60602

*/s/ Andrea L. Caron*
Andrea L. Caron