# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

**FILED**
**NOVEMBER 9, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**07 C 6370**

**JUDGE LEFKOW**
**MAGISTRATE JUDGE DENLOW**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Eva Sarkees

v.

KBR, Inc. f/k/a Kellog Brown & Root Services, Inc. and Halliburton Company

Case Number:

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**Halliburton Company**

NAME (Type or print)
Fred E. Schulz

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
/s/ Fred E. Schulz

FIRM  Wildman, Harrold, Allen & Dixon LLP

STREET ADDRESS  225 W. Wacker Drive, 30th Floor

CITY/STATE/ZIP  Chicago, Illinois 60606

ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)   TELEPHONE NUMBER  312-201-2000
2516500

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☒ | ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☒ | ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐

## CERTIFICATE OF SERVICE

I, Andrea L. Caron, hereby certify that on November 9, 2007, a true and correct copy of the above to be electronically filed with the Clerk of Court and served using the CM/ECF system and a true and correct copy was served on the parties listed below via U.S. Mail.

David L. Goldberg
RUBIN, MACHADO & ROSENBLUM, LTD.
120 W. Madison St., Suite 400
Chicago, Illinois 60602

/s/ Andrea L. Caron
Andrea L. Caron