KC

FILED
NOVEMBER 9, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

07 C 6370

JUDGE LEFKOW
MAGISTRATE JUDGE DENLOW

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EVA SARKEES, ) | |
| ) | CASE NO. |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| KBR, INC. f/k/a KELLOG BROWN & ) | |
| ROOT SERVICES, INC; and ) | |
| HALLIBURTON COMPANY ) | |
| ) | |
| Defendant. | |

### CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and L.R. 3.2, Defendant Halliburton Company states that it is a publicly held company. Halliburton Company further states that Wellington Management Company LLP and Capital Research & Management Company each own more than five percent of Halliburton Company's stock.

HALLIBURTON COMPANY

Dated: November 9, 2007         By:   /s/ Andrea L. Caron
                                       One of its attorneys

Fred E. Schulz (#2516500)
Sarah L. Olson (#6193316)
Andrea L. Caron (#6289181)
Wildman, Harold, Allen & Dixon LLP
225 West Wacker Drive
Chicago, Illinois 60606-1229
(312) 201-2000

## CERTIFICATE OF SERVICE

I, Andrea L. Caron, hereby certify that on November 9, 2007, a true and correct copy of the above to be electronically filed with the Clerk of Court and served using the CM/ECF system and a true and correct copy was served on the parties listed below via U.S. Mail.

David L. Goldberg
RUBIN, MACHADO & ROSENBLUM, LTD.
120 W. Madison St., Suite 400
Chicago, Illinois 60602

/s/ Andrea L. Caron
Andrea L. Caron