**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| EVA SARKEES, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 07 C 6370 |
| | ) | |
| v. | ) | Judge Joan Humphrey Lefkow |
| | ) | |
| KBR, INC. f/k/a KELLOG BROWN & | ) | Magistrate Judge Denlow |
| ROOT SERVICES, INC.; and | ) | |
| HALLIBURTON COMPANY | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT HALLIBURTON COMPANY'S
MOTION TO  DISMISS HALLIBURTON COMPANY**

One of the Defendants, Halliburton Company ("Halliburton"), moves this Court to dismiss Halliburton pursuant to F.R.C.P. 12(b)(2). In support of its motion, Halliburton states as follows:

1.      This Court should dismiss the complaint as to Halliburton under F.R.C.P. 12(b)(2) for lack of personal jurisdiction over Halliburton because Halliburton has no relationship with Illinois.

2.      Forcing Halliburton, a nonresident defendant, to defend this case in Illinois violates fundamental due process tenants.

In support of this motion, Halliburton has submitted its accompanying Memorandum in Support of Defendant Halliburton Company's Motion to Dismiss Halliburton Company which has been filed contemporaneously with this Motion.

WHEREFORE, Halliburton requests that Halliburton be dismissed pursuant to F.R.C.P.

12(b)(2) because this Court lacks personal jurisdiction over it.


Respectfully submitted,

HALLIBURTON COMPANY


By: */s/ Andrea L. Caron*
    Andrea L. Caron
    One of its Attorneys


Fred E. Schulz (#2516500)
Sarah L. Olson (#6193316)
Andrea L. Caron (#6289181)
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive – Suite 2800
Chicago, Illinois  60606-1229
312/201-2000
312/201-2555 (facsimile)

3

## CERTIFICATE OF SERVICE

I, Andrea L. Caron, hereby certify that on November 14, 2007, a true and correct copy of

the foregoing *Defendant Halliburton Company's Motion to Dismiss Halliburton Company*, was

electronically filed with the Clerk of the Court for the Northern District of Illinois and served

using the CM/ECF system and a true and correct copy was served on the parties listed below.


David L. Goldberg
RUBIN, MACHADO & ROSENBLUM, LTD.
120 W. Madison St, Suite 400
Chicago, Illinois 60602



/s/ Andrea L. Caron
Andrea L. Caron