## AFFIDAVIT

Robert L. Hayter states that if he were called to testify in this matter then he would do so based upon his personal knowledge.

I am an Assistant Corporate Secretary of Halliburton Company and Senior Counsel in the Law Department.

1. Halliburton Company is a publicly traded corporation which is listed on the New York Stock Exchange under the symbol "HAL".

2. Halliburton Company is incorporated in the State of Delaware.

3. Halliburton Company is not licensed to do business in the State of Illinois.

4. Halliburton Company has no offices or employees in the State of Illinois.

5. Halliburton Company does not conduct business activities in the State of Illinois.

6. Halliburton Company's principal place of business is in Houston, Texas.

7. Halliburton Company owns no property, real or person, in the State of Illinois.

_____
Robert L. Hayter

State of Texas      )
                    )
County of Harris    )

Robert L. Hayter, being first duly sworn, states that the foregoing statements are true and correct.

_____
Notary Public



LISA FRANCES FREDERICK
NOTARY PUBLIC
STATE OF TEXAS
COMM. EXPIRES 08-24-2010

1828094                                                                                      **EXHIBIT A**

Case 1:07-cv-06370    Document 9-2    Filed 11/14/2007    Page 2 of 2