IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| EVA SARKEES, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07 C 6370 |
| | ) | |
| v. | ) | Judge Joan Humphrey Lefkow |
| | ) | |
| KBR INC. f/k/a KELLOG BROWN& ROOT SERVICES, INC.; and HALLIBURTON COMPANT | ) ) ) | Magistrate Judge Denlow |
| | ) | |
| Defendants. | ) | |

### NOTICE OF MOTION

TO:   David L. Goldberg
      RUBIN, MACHADO & ROSENBLUM, LTD.
      120 W. Madison St, Suite 400
      Chicago, Illinois 60602

   PLEASE TAKE NOTICE that on November 30, 2007 at 9:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Lefkow, or in her absence before any other Judge who may be sitting in her stead, in Courtroom 1925 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present **Defendant Halliburton Company's Motion to Dismiss Halliburton Company and Supporting Memorandum of Law** which are hereby served upon you.

                                             Respectfully submitted,


                                             /s/ *Andrea L. Caron*
                                             Andrea L. Caron
                                             One of the Attorneys for *Halliburton Company*

Fred E. Schulz (#2516500)
Sarah L. Olson (#6193316)
Andrea L. Caron (#6289181)
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive, Suite 2800
Chicago, Illinois 60606-1229
Phone: (312) 201-2000
Fax:    (312) 201-2555

## CERTIFICATE OF SERVICE

    The undersigned certifies that on November 14, 2007, a true and correct copy of the foregoing **Notice of Motion; Defendant Halliburton Company's Motion to Dismiss Halliburton Company and Supporting Memorandum of Law** were electronically filed with the Clerk of the Court for the Northern District of Illinois using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

                                          /s/ *Andrea L. Caron*
                                          Andrea L. Caron (#6289181)
                                          Wildman, Harrold, Allen & Dixon LLP
                                          225 West Wacker Drive, Suite 2800
                                          Chicago, Illinois  60606-1229
                                          Phone:  (312) 201-2000
                                          Fax:     (312) 201-2555

                                          Attorney for *Halliburton Company*