# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Eva Sarkees

            Plaintiff,

v.                                   Case No.: 1:07−cv−06370
                                       Honorable Joan H. Lefkow

KBR, Inc., et al.

            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 4, 2007:

      MINUTE entry before Judge Joan H. Lefkow :Response to defendant Halliburton Company's motion to dismiss due by 1/3/2008; reply due by 1/17/2008; ruling will issue by mail.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.