IN THE CIRCUIT UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EVA SARKEES, | ) | |
| | ) | **Case No.   07 C 6370** |
| Plaintiff, | ) | |
| | ) | **Judge Lefkow** |
| -vs- | ) | |
| | ) | **Magistrate Judge Denlow** |
| KBR, INC. f/k/a KELLOG BROWN & ROOT | ) | |
| SERVICES, INC.; and | ) | |
| HALLIBURTON COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

**AGREED MOTION TO EXTEND TIME**

Now comes the plaintiff, EVA SARKEES, by and through her attorneys, RUBIN, MACHADO & ROSENBLUM, LTD., and respectfully asks this Honorable Court for an extension of time to respond to the briefing schedule on defendant, HALLIBURTON COMPANY'S, Motion to Dismiss, pursuant to agreement by the parties. In support thereof, plaintiff states as follows:

1.   That the Complaint in this matter was originally filed in the Law Division of the Circuit Court of Cook County, Illinois on October 5, 2007.

2.   That the defendant, HALLIBURTON COMPANY, filed its Motion to Dismiss pursuant to F.R.C.P. 12(b)(2) on November 14, 2007

3.   Plaintiff was to have filed a Response on January 3, 2008. Plaintiff's counsel has had a conversation with the defendant, HALLIBURTON's, counsel, who has no objection to said extension.

4. Plaintiff asks this Court for a short extension, pursuant to the agreement of the parties, namely 14 days for plaintiff to respond to said Motion to Dismiss and 14 days thereafter for defendant, HALLIBURTON, to reply.

7. No party will be prejudiced or delayed by an extension of time in this matter.

WHEREFORE, the plaintiff, EVA SARKEES, asks this Honorable Court for an extension of time to file her Reply and for the defendant, HALLIBURTON, to respond thereafter.

Respectfully submitted,

_____
By: David L. Goldberg  (#6275007)
RUBIN, MACHADO, ROSENBLUM, LTD.
Attorneys for Plaintiff
EVA SARKEES
120 W. Madison St., Suite 400
Chicago, Illinois   60602
(312) 327-1840