#06-293   EMR(DLG)cmb

## IN THE CIRCUIT UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| EVA SARKEES, | ) | |
| | ) | **Case No.   07 C 6370** |
| Plaintiff, | ) | |
| | ) | **Judge Lefkow** |
| -vs- | ) | |
| | ) | **Magistrate Judge Denlow** |
| KBR, INC. f/k/a KELLOG BROWN & ROOT | ) | |
| SERVICES, INC.; and | ) | |
| HALLIBURTON COMPANY, | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

**TO:**   Fred E. Schulz
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 W. Wacker Drive
Chicago, Illinois  60606-1229

On _____, 2008____, at _____ a.m., or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Judge Joan Lefkow in Room 1925**, or any judge sitting in her stead, in the courtroom usually occupied by her in the Northern District of Illinois-Eastern Division of the United States Courthouse & Federal Office Bldg., 219 S. Dearborn St., Chicago, Illinois, and **shall then and there present the attached Motion to extend time.**

## CERTIFICATE OF SERVICE

I certify that a copy of the above-indicated documents were electronically filed and mailed to each person to whom it is directed at the above address by depositing the same in the U.S. Mail at 120 W. Madison St., Chicago, Ill., with proper postage affixed, on January  7, 2008.

/s/David L. Goldberg_____
David L. Goldberg – ARDC No.  6275007
RUBIN, MACHADO & ROSENBLUM, LTD.
120 W. Madison St., Suite 400
Chicago, Illinois  60602
(312) 327-1840
dgoldberg@rubin-machado.com