UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Eva Sarkees
                    Plaintiff,

v.                                                  Case No.: 1:07−cv−06370
                                                    Honorable Joan H. Lefkow

KBR, Inc., et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 8, 2008:

   MINUTE entry before Judge Honorable Joan H. Lefkow:Plaintiff's motion for extension of time to file response [14] is stricken pursuant to Local Rule 5.3(b). Response to defendant's motion to dismiss [8] was due by 1/3/2008. To date, none has been filed. Status hearing is set for 4/15/2008 at 9:30 a.m. for report on why response to motion to dismiss has not been filed.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.