## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan H. Lefkow | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6370 | **DATE** | 4/24/2008 |
| **CASE TITLE** | Sarkees vs. KBR, Inc., et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held. Motion of Halliburton Company to dismiss [8] is granted as unopposed. Halliburton Company is terminated as a defendant in this case. Plaintiff's oral motion for leave to file a motion to rename proper defendant is granted. Defendant shall answer or otherwise plead by 5/21/2008. Scheduling conference is set for 5/29/2008 at 9:30 a.m.

Docketing to mail notices.

00:03

| | Courtroom Deputy Initials: | MD |
|---|---|---|