#06-293   EMR(DLG)cmb

IN THE CIRCUIT UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EVA SARKEES,              ) | |
|                                                    ) | **Case No.   07 C 6370** |
|                     Plaintiff,       ) | |
|                                                    ) | **Judge Lefkow** |
| -vs-                                ) | |
|                                                    ) | **Magistrate Judge Denlow** |
| KBR, INC. f/k/a KELLOG BROWN & ROOT   ) | |
| SERVICES, INC.; and              ) | |
| HALLIBURTON COMPANY,   ) | |
|                     Defendants.    ) | |

## NOTICE OF MOTION

**TO:**    Sharon Stagg, KELLOGG ROOT & BROWN**,** SERVICES, INC.
        4100 Clinton Dr., Building 1, Room 502, Houston, TX  77020-6237

       Fred E. Schulz, WILDMAN, HARROLD, ALLEN & DIXON LLP
       225 W. Wacker Drive, Chicago, Illinois  60606-1229

       On   **Thursday May 8, 2008**  , at   **9:30**   **a.m.,** or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Judge Joan Lefkow in Room 1925** or any judge sitting in her stead, in the courtroom usually occupied by her in the Northern District of Illinois-Eastern Division of the United States Courthouse & Federal Office Bldg., 219 S. Dearborn St., Chicago, Illinois, and **shall then and there present the attached Motion for leave to file Amended Complaint.**

## CERTIFICATE OF SERVICE

       I certify that a copy of the above-indicated documents were electronically filed and mailed to each person to whom it is directed at the above address by depositing the same in the U.S. Mail at 120 W. Madison St., Chicago, Ill., with proper postage affixed, on May 2, 2008.

                                      /s/David L. Goldberg
                                      David L. Goldberg – ARDC No.  6275007
                                      RUBIN, MACHADO & ROSENBLUM, LTD.
                                      120 W. Madison St., Suite 400
                                      Chicago, Illinois   60602
                                      (312) 327-1840
                                      dgoldberg@rubin-machado.com