# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6370 | **DATE** | 5/8/2008 |
| **CASE TITLE** | Sarkees vs. Kellogg Brown & Root Services, Inc. | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for leave to amend complaint instanter [20] is granted. The defendant in the case caption shall be changed to Kellogg Brown & Root Services, Inc. Defendant shall answer or otherwise plead by 5/28/2008.

Docketing to mail notices.

| | Courtroom Deputy Initials: | MD |
|---|---|---|