## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

EVA SARKEES
vs.
KELLOGG BROWN & ROOT SERVICES, INC.

Case Number: 07 C 6370

Judge Lefkow

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, EVA SARKEES

**FILED**

MAY 2 0 2008   YM
May 20 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

| NAME (Type or print) |
|---|
| David L. Goldberg |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ David L. Goldberg |

| FIRM |
|---|
| RUBIN, MACHADO & ROSENBLUM, LTD. |

| STREET ADDRESS |
|---|
| 120 W. Madison Street, Suite 400 |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6275007 | (312) 327-1840 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☒ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐