**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| EVA SARKEES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **CASE NO. 07 C 6370** |
| v. ) | |
| ) | **Judge Lefkow** |
| KELLOGG BROWN & ROOT SERVICES, ) | |
| INC., ) | **Magistrate Judge Denlow** |
| ) | |
| Defendant. ) | |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1 and L.R. 3.2, Defendant Kellogg Brown & Root Services, Inc. states that it is 100% owned by KBR Holdings, Inc.  The ultimate parent corporation is KBR, Inc. which is traded publicly.

                                      KELLOGG BROWN & ROOT
                                      SERVICES, INC.

Dated:  June 25, 2008          By:   */s/ Fred E. Schulz*
                                                       One of its attorneys

Fred E. Schulz (#2516500)
Sarah L. Olson (#6193316)
Wildman, Harold, Allen & Dixon LLP
225 West Wacker Drive
Chicago, Illinois  60606-1229
(312) 201-2000
schulz@wildman.com
olson@wildman.com

#1883700