**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| EVA SARKEES,            ) | |
| ) | |
| Plaintiff,     ) | |
| ) | CASE NO. 07 C 6370 |
| v.            ) | |
| ) | |
| KELLOGG BROWN & ROOT SERVICES, ) | |
| INC.,            ) | |
| ) | |
| Defendant.      ) | |

**KELLOGG BROWN & ROOT SERVICES, INC.'S
MOTION TO STRIKE ¶ 12(g) OF PLAINTIFF'S AMENDED COMPLAINT**

Defendant, KELLOGG BROWN & ROOT SERVICES, INC., ("KBR") pursuant to F.R.Civ.P. 12(b)(6), moves to strike ¶ 12(g) of Plaintiff's Amended Complaint. In support of this Motion, KBR has filed a Memorandum in Support of its Motion

WHEREFORE, KBR moves that ¶ 12(g) of Plaintiff's Amended Complaint be stricken.

                                                               KELLOGG BROWN & ROOT
                                                               SERVICES, INC.

Dated: June 25_, 2008                By:  *s/ Fred E. Schulz*
                                                             One of its attorneys

Fred E. Schulz (#2516500)
Sarah L. Olson (#6193316)
Wildman, Harold, Allen & Dixon LLP
225 West Wacker Drive
Chicago, Illinois 60606-1229
(312) 201-2000
schulz@wildman.com
olson@wildman.com

## **CERTIFICATE OF SERVICE**

   I hereby certify that on June 25, 2008, I electronically filed the foregoing Kellogg Brown & Root Services, Inc.'s Motion to Strike ¶ 12(g) of Plaintiff's Amended Complaint with the Clerk of the Court for the Northern District of Illinois using the CM/ECF system which will send notification of such filing to the following:

David L. Goldberg
RUBIN, MACHADO & ROSENBLUM, LTD.
120 W. Madison St., Suite 400
Chicago, IL 60602
(312) 327-1840

and hereby certify that there were no non-registered participants requiring service by mail via the United States Postal Service.

                       /s/ Fred E. Schulz

| | |
|---|---|
| [x] | Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth herein are true and correct. |

#1887780