**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| EVA SARKEES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO. 07 C 6370 |
| v. | ) | |
| | ) | |
| KELLOGG BROWN & ROOT SERVICES, | ) | |
| INC., | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM OF KELLOGG BROWN & ROOT SERVICES, INC. IN SUPPORT**
**OF ITS MOTION TO STRIKE ¶ 12(g) OF PLAINTIFF'S AMENDED COMPLAINT**

Defendant, KELLOGG BROWN & ROOT SERVICES, INC., ("KBR") pursuant to

F.R.Civ.P. 12(b)(6), has moved to strike ¶ 12(g) of Plaintiff's Amended Complaint.  In support

of this Motion, KBR states as follows:

(1)    Plaintiff's Amended Complaint, at ¶ 12(g) alleges that KBR:

"Was otherwise careless and/or negligent".

(2)    Plaintiff's allegations in ¶ 12(g) of her Amended Complaint that KBR "Was

otherwise careless and/or negligent is a conclusory allegation and cannot support a claim of

negligence.  See, *Hanson v. Hyatt Corp.*, 554 N.E.2d 394, 396 (1st Dist. 1990); *Waite v. City of*

*Chicago*, 510 N.E.2d 1176, 1179 (1st Dist. 1987) (conclusory allegations of any of the elements

of negligence are wholly insufficient.)

WHEREFORE, KBR moves that ¶ 12(g) of Plaintiff's Amended Complaint be stricken.

KELLOGG BROWN & ROOT
SERVICES, INC.

Dated:  June 25, 2008                    By:    *s/ Fred E. Schulz*
                                                    One of its attorneys

Fred E. Schulz (#2516500)
Sarah L. Olson (#6193316)
Wildman, Harold, Allen & Dixon LLP
225 West Wacker Drive
Chicago, Illinois  60606-1229
(312) 201-2000
schulz@wildman.com
olson@wildman.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on June 25, 2008, I electronically filed the foregoing Memorandum of Kellogg Brown & Root Services, Inc. in Support of Its Motion to Strike ¶ 12(g) of Plaintiff's Amended Complaint with the Clerk of the Court for the Northern District of Illinois using the CM/ECF system which will send notification of such filing to the following:

David L. Goldberg
RUBIN, MACHADO & ROSENBLUM, LTD.
120 W. Madison St., Suite 400
Chicago, IL 60602
(312) 327-1840

and hereby certify that there were no non-registered participants requiring service by mail via the United States Postal Service.

/s/ Fred E. Schulz

[x]    Under penalties as provided by law pursuant to
       735 ILCS 5/1-109, I certify that the statements
       set forth herein are true and correct.

#1883708