Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6370 | **DATE** | 8/28/2008 |
| **CASE TITLE** | Sarkees vs. Kellogg Brown & Root Services, Inc. | | |

**DOCKET ENTRY TEXT**

Scheduling conference held. Enter Scheduling Order. Non-expert discovery will close on 1/29/2010. Cut-off date for designation of plaintiff's trial expert(s) is 3/29/2010; for defendant's trial expert(s) is 5/28/2010. Status hearing is set for 12/11/2008 at 9:30 a.m.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:04

FILED
2008 SEP -4 PM 4:37
CLERK
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | MD |
|---|---|---|