UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EVA SARKEES | ) |
| Plaintiff, | ) |
| v. | ) Case No. 07 C 6370 |
| KELLOGG BROWN & ROOT SERVICES, INC., | ) Judge Joan H. Lefkow |
| Defendant. | ) |

## ~~PROPOSED~~ SCHEDULING ORDER

The parties, having held a scheduling conference attended by David Goldberg for the plaintiff and Sarah L. Olson for the defendant, as required by Fed. R. Civ. P. 26(f), submit the following proposed joint scheduling order:

(A) The parties believe that an early settlement conference will not result in the disposition of the case.

(B) The parties have already made their Rule 26(a)(1) disclosures.

(C) No amendments to the pleadings and/or joinder of additional parties are anticipated.

(D) Non-expert discovery will close on January 29, 2010.

(E) The cut-off date for designation of plaintiff's trial expert(s) as provided in Fed. R. Civ. P. 26(a)(2) is March 29, 2010; for defendant's trial expert(s), May 28, 2010. Depositions of the experts shall be taken within sixty (60) days of designation. Unless otherwise stipulated, disclosure of experts will include a report fully in compliance with Rule 26(a)(2)(B).

(F) Any motion challenging the qualifications of a designated expert must be made within 21 calendar days after the deposition of the expert or the close of discovery, whichever is easier. If no motion is filed, the court may deem such challenges waived.

## Consent to Proceed Before A Magistrate Judge

The parties do not consent to have their case proceed before a magistrate judge.

ENTER:

Date: 8-28-08

JOAN HUMPHREY LEFKOW
U.S. District Judge